**Tehgrain Jamal JONES,**
**Plaintiff–Appellant,**

v.

**Charlotte H. PURKEY, Commonwealth of VA; Louis A. Sherman, Judge; Commonwealth of Virginia, Defendants–Appellees.**

No. 12–7956.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 11, 2013.

Decided: Feb. 15, 2013.

Tehgrain Jamal Jones, Appellant Pro Se.

Before DAVIS, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tehgrain Jones appeals the district court's order denying various post-judgment motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. Purkey*, No. 3:12–cv–00306–HEH (E.D.Va. Nov. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*